EXHIBIT "A"

PLEASE CHECK ONE:

_____         Small Dividends

\_\_X\_\_         Unclaimed Dividends

# DIVIDEND REPORT

Page No: 1

| | | | |
|---|---|---|---|
| **Case No:** | 06-34781-H5-7 | **Date Printed:** | 3/17/2010 |
| **Case Name:** | TRANS GLOBAL PROJECTS, INC. | **Check Number:** | 1035 |
| **Trustee Name:** | Rodney Tow | **Check Date:** | 03/17/2010 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 1 | HAPAG-LLOYD (AMERICA) INC.<br>Gold, Stewart, Kravatz & Stone, LLP<br>1025 Old Country Road, Ste 301<br>Westbury, NY 11590 | $31,984.80 | $42.81 |
| 6 | SANTA FE TRANSPORT INTERNATIONAL, INC.<br>, | $61,252.06 | $82.00 |
| 8 | SANTA FE TRANSPORT INTERNATIONAL LTD<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Maryla, nd 21094 | $61,252.06 | $82.00 |
| 10 | CARGOLUX AIRLINES INTERNATIONAL S.A.<br>c/o Andrew B. Totz<br>Schlanger Silver Barg & Paine LLP<br>P O Box 570548<br>Houston, TX 772570548 | $76,434.32 | $102.32 |
| 13 | DANIEL VILLALOBOS<br>c/o John B. Cherry, III, Esq.<br>2211 Norfolk, Ste 1030<br>Houston, Tx 77098 | $150,000.00 | $200.81 |
| 18 | THE MOBILE STORAGE GROUP<br>7590 N.Glenoaks Blvd<br>Burbank, CA 91504 | $7,950.00 | $10.64 |
| 20 | CARGO PARTNER NETWORK INC.<br>149-40 182ND Street<br>Jamaica, NY 11413 | $9,612.00 | $12.87 |
| 30 | DIXIE GROUP, INC<br>c/o Matthew P Whitley, Esq.<br>Beck, Redden & Secrest, LLP<br>1221 McKinney, Ste 4500<br>, | $58,651.75 | $78.52 |
| 32 | JOSEPHIN TRUERNIET<br>P.O. Box 18136<br>Sugar Land, Tx 77496 | $13,910.72 | $18.62 |

## DIVIDEND REPORT

Page No:   2

| | | |
|---|---|---|
| **Case No:** 06-34781-H5-7 | **Date Printed:** | 3/17/2010 |
| **Case Name:** TRANS GLOBAL PROJECTS, INC. | **Check Number:** | 1035 |
| **Trustee Name:** Rodney Tow | **Check Date:** | 03/17/2010 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 33 | S.G. MARINO CRANE SERVICE CORP<br>c/o Andrew P McCormick, Esq.<br>3401 Louisiana, Ste 280<br>Houston, Tx 77002 | $65,000.00 | $87.02 |
| | **Total Check Amount:** | | **$717.61** |